■ EAST SHORE OF NY LLC, Appellant, v BACON HILL HOME-OWNERS ASSOCIATION, LTD., Respondent. [847 NYS2d 877]—Appeal from an order of the Supreme Court, Onondaga County (John V. Centra, J.), entered August 30, 2006. The order, among other things, granted defendant's motion for summary judgment and denied plaintiff's cross motion for summary judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Gorski, Lunn, Fahey and Peradotto, JJ.

■ CHARLES R. LIVECCHI, Respondent, v HSBC, Appellant. [847 NYS2d 894]—Appeal from an order of the Monroe County Court (John J. Connell, J.), entered September 18, 2006. The order affirmed a judgment of the Rochester City Court (Teresa D. Johnson, J.), dated February 22, 2006, in favor of plaintiff in the amount of $1,950 in a small claims action.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Gorski, Lunn, Fahey and Peradotto, JJ.

■ EDWIN J. KINER, Appellant, v LIFT LINE, INCORPORATED et al., Respondents. [847 NYS2d 877]—Appeal from an order of the Supreme Court, Monroe County (Harold L. Galloway, J.), entered March 7, 2006. The order denied plaintiff's motion for partial summary judgment and for leave to amend the complaint and granted defendants' cross motions for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Gorski, Lunn, Fahey and Peradotto, JJ.